**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 261 WAL 2020

            Respondent                :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

            v.                      :

                                      :

TRAVIS MICHAEL MAGASH,              :

            Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.